IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ARBITRON, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| STAGE DOOR DEVELOPMENT, INC., | ) 1:07mc3366-WKW |
| D\B\A WRJM-FM/WTOT-FM, A/K/A | ) |
| STAGE DOOR ENTERTAINMENT. | ) |
| | ) |
| Defendant. | ) |

REQUEST FOR REGISTRATION OF DISTRICT COURT JUDGMENT RENDERED IN ANOTHER DISTRICT PURSUANT TO 28 U.S.C. § 1963

TO THE CLERK OF THE UNITED STATE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA:

You are hereby requested to register promptly in your district pursuant to 28 U.S.C. §1963 a judgment rendered and entered in a civil action, Docket No. 06-Civ-4595, by the United States District Court for the Southern District of New York on January 23, 2007 in favor of the Plaintiff, ARBITRON, INC. and against the Defendant, STAGE DOOR DEVELOPMENT, INC. D\B\A WRJM-FM/WTOT-FM, A/K/A STAGE DOOR ENTERTAINMENT. The judgment is for recovery of $231,786.62, as more fully shown in the certified copy of the judgment attached hereto as Exhibit A. The judgment is a final judgment that has not been appealed.

In support of this request, the Plaintiff avers that the judgment is a valid and subsisting judgment under the law of the State where it was rendered.

The Plaintiff requests that you notify the undersigned Counsel for the Plaintiff at the address below as soon as the registration is effected in order that enforcement of the of judgment in your district may be expedited.

DATED: May 31, 2007

_____
Leonard N. Math (ASB MAT 025)
Attorney for the Plaintiff

Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by depositing a copy thereof in the United States mail postage prepaid on this 3rd day of June, 2007.

ALICE FAY MIZELL, REGISTERED AGENT
STAGE DOOR DEVELOPMENT, INC.
409 E BROAD ST
OZARK, AL 36360

_____
Leonard N. Math
Attorney for the Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 18
DATE FILED: 1/23/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ARBITRON INC.,

        Plaintiff,

  -against-

STAGE DOOR DEVELOPMENT, INC., d/b/a
WRJM-FM/WTOT-FM, a/k/a STAGE DOOR
ENTERTAINMENT,

        Defendant.
----------------------------------------X

06 Civ. 4595 (KMW)

DEFAULT JUDGMENT

#07, 0177

KIMBA M. WOOD, U.S.D.J.:

Plaintiff's motion for a default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) is GRANTED. Default judgment is entered against Defendant in the amount of $231,786.62, calculated as follows: damages of $206,345.00, contractual late fees of $8,561.68, and reasonable attorney's fees and costs of collection of $16,879.94. This judgment will bear interest at the judgment rate for the date of entry until paid. Plaintiff shall serve a copy of this judgment on Defendant via regular mail by no later than seven days following receipt by Plaintiff's counsel. The Clerk of Court is directed to close this case. Any pending motions are moot.

        SO ORDERED.

Dated:    New York, New York
            January 23, 2007

                                        /s/ Kimba Wood
                                        Kimba M. Wood
                                    United States District Judge

A CERTIFIED COPY
J. MICHAEL McMAHON, - CLERK
BY /s/ DEPUTY CLERK

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/29/07